## PARKER V. AVERY.

UPON a motion to set aside a report of auditors — The exception was — That they had mistook in point of fact; but an inquiry was denied.  And,

By the COURT.  It is peculiarly the province of auditors, as of juries, to weigh evidence and determine facts; and herein there is to be no inquiry after them; though, as they are to take the law for their rule, their award may be set aside, if it appears from the face of their proceedings, or

upon inquiry of them in court, that they have made out their award upon such inferences from facts as the law will not warrant, or have clearly mistook, with regard to the admission of evidence.